**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ESPINDOLA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION; FEDEX CORPORATE SERVICES, INC.; LA TONYA BROWN; FERAS DOE; and DOES 1 to 100, Inclusive,<br><br>Defendants. | **Case No. 2:21-cv-02585-DSF-GJS**<br><br>(Los Angeles County Superior Court Case No. 20STCV41007)<br><br>**ORDER REMANDING THIS ACTION TO STATE COURT**<br><br>Complaint Filed:  October 26, 2020<br>Removed:             March 25, 2021<br>Trial Date:            None |

## **ORDER**

Based on the Parties' Stipulation and good cause showing, the Court hereby ORDERS as follows:

1. Defendant Federal Express Corporation's Opposition to Plaintiff's Motion to Remand the Case to State Court is deemed withdrawn and the hearing date vacated;

2. Plaintiff's damages in this action, which includes his claims for attorney's fees, litigation costs, and expenses, do not satisfy the jurisdictional amount-in-controversy requirement of $75,000; and

3. The action is hereby **remanded** to state court for all further proceedings.

IT IS SO ORDERED.

DATED: May 10, 2021

*Dale S. Fischer*

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE